FILED
AUG 26 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY [signature] DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, Plaintiff, v. CARLOS NUNO-PEREZ, Defendant. | ) | Criminal Case No. 08CR2834-JM I N F O R M A T I O N Title 18, U.S.C., Sec. 1001 - False Statement to a Federal Officer |

The United States Attorney charges:

On or about August 1, 2008, within the Southern District of California, defendant CARLOS NUNO-PEREZ, in a matter within the jurisdiction of the United States Department of Homeland Security, a department and agency of the United States, did knowingly and willfully make false, fictitious and fraudulent statements and representations as to material facts in that he did represent and state to a United States Border Patrol Agent that his name was Carlos Perez-Nuno, whereas in truth and fact, as defendant then and here well knew that statement and representation was false, fictitious and fraudulent when made; in violation of Title 18, United States Code, Section 1001.

DATED: 8/26/08.

KAREN P. HEWITT
United States Attorney

[signature] M. Becker for

SABRINA L. FEVE
Assistant U.S. Attorney

SLF:lg:San Diego
8/25/08